IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **WILLIE T. ROUNDS,** | 3:10-CV-01496-BR |
|      **Plaintiff,** | JUDGMENT |
| **v.** | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
|      **Defendant.** | |

Based on the Court's Opinion and Order (#26) issued February 7, 2012, the Court **AFFIRMS** the Commissioner's final decision and **DISMISSES** this matter.

DATED this 7th day of February, 2012.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT